# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**THOMAS L. BURSE,**
          **Appellant,**

**v.**                                                                                                                    Case No. 13-cv-1200

**STATE OF WISCONSIN,**
          **Appellee.**
_____

## DECISION AND ORDER

Thomas Burse, pro se, appealed several decisions of the United States Bankruptcy Court, and I affirmed those decisions in October 2014. Appellant then filed a motion for reconsideration, which consists of both re-statements of his arguments on appeal as well as perceived errors he believes I made in my initial decision. Having reviewed the motion, I see no basis for reconsidering my initial decision. Accordingly, I will not disturb my disposition of this case.

**THEREFORE, IT IS ORDERED** that appellant's motion for reconsideration (ECF No. 30) is **DENIED**.

**IT IS FURTHER ORDERED** that appellant's motion for extending stay pending reconsideration (ECF No. 33), Motion for Expedited Consideration (ECF No. 36), and Emergency Motion to Extend Stay (ECF No. 38) are **DENIED** as MOOT.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2015.

                                                                                     s/ Lynn Adelman
                                                                                     _____
                                                                                     LYNN ADELMAN
                                                                                     District Judge